IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLEFIELD, et al., | No. 2:25-CV-1292-DMC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SHASTA, | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. The matter is set for an initial status/scheduling conference before the undersigned on July 30, 2025, at 10:00 a.m., via Zoom. On or before July 23, 2025, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated: July 3, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1