IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLEFIELD, et al., | No. 2:25-CV-1292-DMC |
| Plaintiffs, | |
| v. | SCHEDULING ORDER |
| COUNTY OF SHASTA, | |
| Defendant. | |

Plaintiffs bring this civil action. Pursuant to the written consent of all parties, this case is before the undersigned as the presiding judge for all purposes, including entry of final judgment. See 28 U.S.C. § 636(c); see also ECF No. 8 (minute order reassigning action). An initial status/scheduling conference was held in this matter on July 30, 2025, at 10:00 a.m. before the undersigned. James Cook, Esq., appeared for Plaintiffs. Matt Gross, Esq., and Zachary Ayre, Esq., appeared for Defendant. Upon consideration of the joint status report on file in this action, discussion with counsel, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Jurisdiction and venue are not contested.

2. The last day to amend the pleadings is **January 25, 2026**.

3. The Court sets the following pre-trial schedule for this litigation:

<u>Initial Disclosures</u>: The parties shall exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a) on or before **August 20, 2025**.

<u>Non-Expert Discovery</u>: All non-expert discovery shall be completed and all motions pertaining to non-expert discovery shall be noticed to be heard by **December 18, 2026**.

<u>Expert Witness Designations</u>: The parties shall exchange initial expert witness disclosures no later than **April 22, 2027**. The parties shall exchange lists of rebuttal expert witnesses no later than **May 12, 2027**. Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B). The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

<u>Expert Discovery</u>: All expert discovery shall be completed and all motions pertaining to expert discovery shall be noticed to be heard by **June 28, 2027**.

<u>Dispositive Motions</u>: All dispositive motions shall be filed by **August 16, 2027**.

<u>Duty to Supplement</u>: The parties are reminded of their continuing obligation to supplement their initial disclosures, discovery responses, and expert witness designations when required under Federal Rule of Civil Procedure 26(e).

4. A pre-trial conference is set for **October 28, 2027, at 1:00 p.m.**, in Sacramento, California, courtroom assignment to be announced by separate order. The parties are directed to file a joint pre-trial statement that complies with the requirements of Eastern District of California Local Rule 281 on or before **October 21, 2027**.

5. Motions in limine shall be filed no later than **October 14, 2027**. Oppositions to motions in limine shall be filed no later than **October 21, 2027**. The Court will consider any arguments in reply and issue rulings on motions in limine at the time of the pre-trial conference.

///

6. A seven-day jury trial is set to commence on **December 6, 2027, at 9:00 a.m.**, in Sacramento, California, courtroom assignment to be announced by separate order.

7. This case schedule will become final without further order of the Court unless objections are filed within 14 days of the date of this order. The schedule, once final, shall not be modified except on application to the Court showing good cause.

Dated: August 5, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE