JOHN L. BURRIS, ESQ., SBN 69888
BEN NISENBAUM, ESQ., SBN 222173
JAMES COOK, ESQ., SBN 300212
**Burris Nisenbaum Curry & Lacy, LLP**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:  (844) 273-6873
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs,
William Littlefield and
Shirley Littlefield

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LITTLEFIELD, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SHASTA, et al.,<br><br>        Defendants. | CASE NO.: 2:25-cv-01292-DMC<br><br>**STIPULATION AND ORDER FOR LEAVE FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT** |

The parties, by and through their respective attorneys, respectfully submit the following stipulation and proposed order for leave for Plaintiffs to file an amended complaint.

Whereas the parties participated in fact discovery that led to new facts that Plaintiffs contend are material to this matter.

Whereas Plaintiffs intend to add additional facts based on the new facts learned during discovery.

Whereas, Plaintiffs intend to name Deputies ZACK JURKIEWICZ and TREVOR GUSAAS as defendants in this matter in place of the previously named DOE defendants.

As such, the parties respectfully request and stipulate to leave for Plaintiffs to file an amended complaint in this matter.

It is so stipulated.


Dated: March 31, 2026                    **BURRIS, NISENBAUM, CURRY AND LACY, LLP**


                                         /s/ *James Cook*
                                         John L. Burris
                                         Benjamin Nisenbaum
                                         James Cook
                                         Attorneys for Plaintiff


Dated: March 31, 2026                    **PORTER SCOTT A PROFESSIONAL CORPORATION**

                                         /s/ *Zachary J. Ayre*
                                         Carl L. Fessenden
                                         Zachary J. Ayre
                                         Attorneys for Defendant



                                  **<u>ORDER</u>**

Good cause appearing, it is hereby ordered: Plaintiffs have 30 days from the date of this order to file a first amended complaint.

IT IS SO ORDERED.

Dated:  April 22, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE