PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendant
COUNTY OF SHASTA, COUNTY OF SHASTA SHERIFF'S DEPARTMENT SERGEANT TREVOR GUSAAS and COUNTY OF SHASTA SHERIFF'S DEPARTMENT DEPUTY ZACK JURKIEWICZ
***Exempt from Filing Fees Pursuant to Government Code § 6103***

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM LITTLEFIELD, individually and as co-successor-in-interest to Decedent WILLIAM CLARK LITTLEFIELD; SHIRLEY LITTLEFIELD, individually and as co-successor-in-interest to Decedent WILLIAM CLARK LITTLEFIELD,

Plaintiffs,

v.

COUNTY OF SHASTA, a municipal corporation; COUNTY OF SHASTA SHERIFF'S DEPARTMENT SERGEANT TREVOR GUSAAS, in his individual and official capacity; COUNTY OF SHASTA SHERIFF'S DEPARTMENT DEPUTY ZACK JURKIEWICZ, in his individual and official capacity; and DOES 1-50, inclusive, individually, jointly, and severally,

Defendants.

______________________________________/

CASE NO. 2:25-cv-01292-ICD

**STIPULATION AND ORDER FOR DISMISSAL**

FAC: 04/23/2026
Complaint Filed: 05/05/2025

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs WILLIAM LITTLEFIELD, individually and as co-successor-in-interest to Decedent WILLIAM CLARK LITTLEFIELD; SHIRLEY LITTLEFIELD, individually and as co-successor-in-interest to Decedent WILLIAM CLARK LITTLEFIELD, and Defendants COUNTY OF SHASTA, COUNTY OF SHASTA SHERIFF'S DEPARTMENT SERGEANT TREVOR GUSAAS and COUNTY OF SHASTA SHERIFF'S DEPARTMENT DEPUTY ZACK JURKIEWICZ, by and through their counsel of record that this action be dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated: November 3, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By /s/Carl L. Fessenden
Carl L. Fessenden
Attorney for Defendants

Dated: November 3, 2026

BURRIS NISENBAUM CURRY & LACY, LLC

By /s/James Cook (Authorized on 11/3/26)
James Cook
Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.** Pursuant to the parties' stipulation, this matter is dismissed with prejudice. The Clerk of the Court is directed to close this file.

Dated: November 3, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE